IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JULIE L.C.,[1]

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 1:19-cv-01598-CL

**OPINION AND ORDER**

AIKEN, District Judge:

Magistrate Judge Mark D. Clarke issued Findings and Recommendation ("F&R") (doc. 19) on August 10, 2021 in which he recommends that the Commissioner of Social Security's decision be affirmed. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

Plaintiff filed timely objections to the F&R. Doc. 21. Accordingly, I must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); Fed. R. Civ.

---

[1] In the interest of privacy, this Opinion uses only the first name and the initial of the last name of the non-governmental party in this case.

Page 1 – OPINION AND ORDER

P. 72(b)(3); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). I have carefully considered plaintiff's objections and conclude that they do not provide a basis to modify the F&R. I have also reviewed the pertinent portions of the record de novo and find no error in the F&R.

Thus, the Court ADOPTS Judge Clarke's F&R (doc. 19). The Commissioner's decision is AFFIRMED, and this case is dismissed.

IT IS SO ORDERED.

Dated this  27th  day of September 2021.

                                 /s/Ann Aiken

                                 Ann Aiken
                        United States District Judge